UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                    )<br>)<br>LUCILLE CRANSTON                          )<br>LILLIEANA BOUCHARD, and            )<br>CURTIS HARDGROVE                      ) | No. 1:12-cr- |

INDICTMENT

The Grand Jury Charges:

COUNT ONE
[21 U.S.C. §§ 846 and 841 (a)(1)]

From on or about January 1, 2009 to on or about late-November, 2011 in the District of New Hampshire and elsewhere, the defendants,

**Lucille Cranston**
**Lillieana Bouchard, and**
**Curtis Hardgrove**

did knowingly and willfully combine, conspire and agree with each other and other persons both known and unknown to the United States, to unlawfully distribute Oxycodone, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

Dated: April 18, 2012                                                       A TRUE BILL

                                                                            /s/ Foreperson
                                                                            Foreperson


                                                                            JOHN P. KACAVAS
                                                                            United States Attorney

                                                                            /s/ Jennifer C. Davis
                                                                            Jennifer Cole Davis
                                                                            Assistant United States Attorney