```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

United States of America
                                          Criminal No. 12-cr-51-01-JD

    v.

Lucille Cranston


## O R D E R

The assented to motion to reschedule jury trial (document no. 50) filed by defendant is granted. As all co-defendants agree to this continuance, trial is continued for all defendants to the two-week period beginning Tuesday, August 20, 2013, 9:30 AM.

Defendant Cranston shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                          */s/Joseph A. DiClerico, Jr.*
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

Date: June 10, 2013

cc:  Jeffrey Levin, Esq.
     William Christie, Esq.
     Harry Batchelder, Jr., Esq.
     Jennifer Davis, Esq.
     U.S. Marshal
     U.S. Probation